UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TERRELL GREEN AND BRITTANY SANDELL,<br>　　　　Plaintiffs,<br><br>vs.<br><br>QUAKE LOGISTICS AND KEVIN SHIPLEY,<br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 3:22-cv-0069-TCB |

**DEFAULT JUDGMENT**

The defendants QUAKE LOGISTICS AND KEVIN SHIPLEY, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Timothy C. Batten, Sr., United States District Judge, by order of 7/28/2022, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiffs TERRELL GREEN AND BRITTANY SANDELL, recover from the defendants QUAKE LOGISTICS AND KEVIN SHIPLEY, the amount of $9,682.00.

Dated at Newnan, Georgia this 28th day of July, 2022.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　　s/ D. Barfield
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
July 28, 2022
Kevin P. Weimer
Clerk of Court

By: s/ D. Barfield
_____

Deputy Clerk